# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERTA NEELY, | ) |
| | ) |
| Plaintiff, | )   Case No.: 6:25-cv-1168-EFM-ADM |
| | ) |
| v. | ) |
| | ) |
| ALTIUM PACKAGING, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

This matter comes before the court on Drew J. Steadman's Motion to Withdraw as Counsel. (ECF 28.)  By way of this motion, Steadman asks the court to allow him to withdraw as counsel for plaintiff Roberta Neely, who would be left without counsel.

D. Kan. Rule 83.5.5(a) governs the withdrawal of an attorney when the client will be left without counsel.  The court has reviewed the record and finds that Steadman has met the rule's requirements to withdraw.  The motion is therefore granted.

The court expects Neely to continue to participate in this case and meet the deadlines set forth in the scheduling order (ECF 14), whether she proceeds *pro se* or retains new counsel. Although Neely is free to seek and retain new counsel, the court will not be inclined to grant any extensions of scheduling-order deadlines simply because of a change in counsel.

**IT IS THEREFORE ORDERED** that Steadman's Motion to Withdraw as Counsel (ECF 28) is granted.

2

**IT IS FURTHER ORDERED** that Steadman must promptly serve this Order on Neely and file a certificate of service.

Dated February 23, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
