IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBERTA NEELY,                          )
                                        )
                    *Plaintiff*,        )
                                        )
v                                       )      Case No.:  25-1168-EFM
                                        )
ALTIUM PACKAGING,                       )
                                        )
                    *Defendant*.        )
_____ )

## ORDER

Plaintiff through counsel filed a Petition in the Eighteenth Judicial District, Sedgwick County, Kansas, on July 9, 2025.  Defendants removed the case to federal court on August 4, 2025.  On February 2, 2026, Plaintiff's counsel filed a motion to withdraw as counsel, notifying the Court that Plaintiff has terminated their services.  Counsel was ultimately allowed to withdraw on February 23, 2026.  The Order allowing withdrawal cautioned Plaintiff that she was expected to continue to participate in this case and meet deadlines whether she proceeded pro se or retained new counsel.  Nevertheless, Plaintiff failed to participate in the case thereafter.  Ultimately, the Court issued an Order to Show Cause on April 28 why this case should not be dismissed for failure to prosecute (Doc. 48).  The Order explained her numerous failure to participate, and gave her a deadline of May 14 to show why the case should not be dismissed.  The Order cautioned that failure to respond would result in the United States Magistrate Judge recommending that the case be dismissed.

Plaintiff did not respond by May 14.  Therefore, on May 18 the United States Magistrate Judge issued a Report and Recommendation (R&R) that the case be dismissed for failure to

prosecute.  The R&R gave Plaintiff fourteen days from of service in which to file objections.  The R&R was sent to her by certified mail and regular mail.  The Certified Mail receipt was returned executed evidencing receipt on May 26, 2026.  Fourteen days have passed and no response has been made or objections filed.

IT IS THEREFORE ORDERED that the R&R is adopted by the District Court, and that the case is dismissed for failure to prosecute.

IT IS SO ORDERED.

This case is closed.

Dated this 10th day of June, 2026.


ERIC F. MELGREN
SENIOR UNITED STATES DISTRICT JUDGE

2